IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-CV-00092-GCM-DCK

| | |
|---|---|
| Michael Wayne Webb, | ) |
| Plaintiff, | ) |
| V. | ) |
| | ) **Consent Order** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3700.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff, the sum of $3700.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

CONSENTED TO:

Date: September 12, 2017   /s/ Amelia N. Patton
                                           Amelia N. Patton Bar Number: 31718
                                           Attorney for Plaintiff
                                           Patton Law Offices, P.L.L.C.
                                           P.O. Box 565
                                           212 West Main Street
                                           Elkin, NC  28621
                                           336-844-2870
                                           E-mail: apatton@pattonlawnc.com

Date: September 12, 2017   /s/ Mary Ellen Russell
                                           MARY ELLEN RUSSELL
                                           Attorney for Defendant
                                           Special Assistant United States Attorney
                                           Social Security Administration
                                           Office of the General Counsel
                                           6401 Security Boulevard
                                           Room 611, Altmeyer Building
                                           Baltimore, Maryland  21235
                                           Telephone:  410-966-6388
                                           Fax:  410-597-0137
                                           Email:  Mary.Ellen.Russell@ssa.gov

Signed: September 13, 2017

Graham C. Mullen
United States District Judge